JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:      541-419-0074
Fax:                541-593-4452
Email:             jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHELLE RENE MCKENZIE, | ) | Case No.  2:16-cv-00976-CKD |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 45 days to November 20, 2016, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's first request for an extension.  It is requested due to workload issues.  Plaintiff's counsel has four briefs due on the same day as this one as well as many others scheduled throughout the next few weeks.

McKenzie v. Colvin             Stipulation and Proposed Order      E.D. Cal. 2:16-cv-00976-CKD

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: October 6, 2016                JACQUELINE A. FORSLUND
                                     Attorney at Law

                                     */s/Jacqueline A. Forslund*
                                     JACQUELINE A. FORSLUND

                                     Attorney for Plaintiff

Date:  October 5, 2016               PHILIP A. TALBERT
                                     Acting United States Attorney
                                     DEBORAH STACHEL
                                     Regional Chief Counsel, Region IX
                                     Social Security Administration

                                     */s/Ellinor R. Coder*
                                     ELLINOR R. CODER
                                     Special Assistant United States Attorney
                                     *By email authorization

                                     Attorney for Defendant

                             ORDER

APPROVED AND SO ORDERED

Dated:  October 7, 2016

                                     _____
                                     CAROLYN K. DELANEY
                                     UNITED STATES MAGISTRATE JUDGE

**McKenzie v. Colvin**           **Stipulation and Proposed Order**      **E.D. Cal. 2:16-cv-00976-CKD**