JACQUELINE A. FORSLUND
Forslund Law, LLC
CSBN 154575
P.O. Box 4476
Sunriver, OR  97707
Telephone:	541-419-0074
Fax:		541-593-4452
Email:		jaf@forslundlaw.com

Attorney for Plaintiff

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHELLE RENE MCKENZIE, | ) | Case No. 2:16-cv-00976-CKD |
| | ) | |
| Plaintiff | ) | **STIPULATION AND** |
| | ) | **ORDER FOR EXTENSION OF TIME** |
| v. | ) | **TO FILE PLAINTIFF'S MOTION** |
| | ) | **FOR SUMMARY JUDGMENT** |
| CAROLYN W. COLVIN, | ) | |
| Acting Comm'r of Social Security, | ) | |
| | ) | |
| Defendant | ) | |
| | ) | |
| _____ | ) | |

　　　　IT IS HEREBY STIPULATED by the parties, through their undersigned attorneys, to extend the time 30 Days to December 21, 2016, for Plaintiff to file her Opening Brief, in accordance with the Court's Scheduling Order.  This is Plaintiff's second request for an extension.  It is requested due to Plaintiff's counsel having a hectic briefing schedule as well as health issues she is attempting to resolve.  Plaintiff's counsel's briefing schedule opens up in December, so this will be the final extension.

McKenzie v. Colvin	Stipulation and Proposed Order	E.D. Cal. 2:16-cv-00976-CKD

The parties further stipulate that the Court's Scheduling Order be modified accordingly.

Respectfully submitted,

Date: November 17, 2016      JACQUELINE A. FORSLUND
                             Attorney at Law

                             */s/Jacqueline A. Forslund*
                             JACQUELINE A. FORSLUND

                             Attorney for Plaintiff

Date:  November 17, 2016     PHILIP A. TALBERT
                             Acting United States Attorney
                             DEBORAH STACHEL
                             Regional Chief Counsel, Region IX
                             Social Security Administration

                             */s/Ellinor R. Coder*
                             ELLINOR R. CODER
                             Special Assistant United States Attorney
                             *By email authorization

                             Attorney for Defendant

                                    ORDER

APPROVED AND SO ORDERED

Dated:  November 21, 2016

                             _____
                             CAROLYN K. DELANEY
                             UNITED STATES MAGISTRATE JUDGE

**McKenzie v. Colvin**          **Stipulation and Proposed Order**      **E.D. Cal. 2:16-cv-00976-CKD**