```
PHILIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration
MICHAEL K. MARRIOTT, CSBN 280890
Special Assistant United States Attorney
       160 Spear Street, Suite 800
       San Francisco, California 94105
       Telephone:  (415) 977-8934
       Facsimile:  (415) 744-0185
       E-Mail: Michael.Marriott@ssa.gov
```

Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

**SACRAMENTO DIVISION**

| | | |
|---|---|---|
| MICHELLE RENE McKENZIE, | ) | Case No. 2:16-cv-00976-CKD |
| | ) | |
| Plaintiff, | ) | **STIPULATION FOR EXTENSION OF** |
| v. | ) | **TIME AND ORDER** |
| | ) | |
| NANCY A. BERRYHILL[1], | ) | |
| Acting Commissioner of | ) | |
| Social Security, | ) | |
| | ) | |
| Defendant. | ) | |

    The parties hereby stipulate by counsel, with the Court's approval as indicated by issuance of the attached Order, that Defendant shall have a first extension of time of 30 days to respond to Plaintiff's Opening Brief up to and including February 22, 2017.  The response is

---

[1] Nancy A. Berryhill is now the Acting Commissioner of Social Security.  Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Nancy A. Berryhill should be substituted for Acting Commissioner Carolyn W. Colvin as the defendant in this suit.  No further action needs to be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

1 – Stipulation and Order Extending Def's Time

currently due January 23, 2017.  This extension is being sought so that Defendant's newly assigned counsel may properly consider and respond to the issues raised by Plaintiff.

The parties also stipulate that the scheduling order shall be modified accordingly.

Respectfully submitted,

Dated: January 23, 2017    */s/ Jacqueline Anna Forslund*\*
Jacqueline Anna Forslund
\*(as authorized by email on January 23, 2017)
Attorney for Plaintiff

Dated: January 23, 2017    PHILIP A. TALBERT
Acting United States Attorney
DEBORAH LEE STACHEL
Regional Chief Counsel, Region IX
Social Security Administration

By:   */s/ Michael K. Marriott*
MICHAEL K. MARRIOTT
Special Assistant U.S. Attorney
Attorneys for Defendant

**ORDER**

APPROVED AND SO ORDERED.

Dated:  January 26, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE